ORIGINAL

FILED
OCT 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
SEP 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; BMG MUSIC; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAFACE RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

    Plaintiffs,

  v.

JOHN DOE,

    Defendant.

CASE NO. 07-04875 JF RS

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

---

[Proposed] Order Granting Ex Parte Application to Take Immediate Discovery
Case No.
#32654 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3  ORDERED that Plaintiffs may serve immediate discovery on California State Univ -
4  Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45
5  subpoena that seeks documents that identify Defendant, including the name, current (and permanent)
6  address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7  The disclosure of this information is consistent with California State Univ - Monterey Bay's
8  obligations under 20 U.S.C. 1232g.

9  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 under the Copyright Act.

DATED: 10/2/07

By: _____
United States ~~District Judge~~
MAGISTRATE JUDGE

[Proposed] Order Granting Ex Parte Application to Take Immediate Discovery
Case No.
#32654 v1