**\*\*E-filed 12/19/07\*\***

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**LAFACE RECORDS,**

                                                               **No. C-07-4875-JF**

    **Plaintiff,**

     **v.**                                  **Clerks's Notice**

**JOHN DOE,**
    **Defendant.**
_____

**To: All Counsel and Parties in the above named action.**

**The Court has rescheduled the Case Management Conference currently scheduled for January 11, 2008. The new hearing date is Friday, February 15, 2008 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 12/19/07**                        **For the Court,**
                                                 **Richard W. Wieking, Clerk**

                                                 **Diana Munz**
                                                 **electronic signature**
                                                 **Courtroom Deputy**