Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; BMG MUSIC; and ARISTA RECORDS LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 5:07-CV-04875-JF<br><br>**Honorable Jeremy Fogel**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PRFJUDICE**<br> AND ORDER OF DISMISSAL |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:07-cv-04875-JF
#35408 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs LAFACE RECORDS LLC, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3  claims against Defendant John Doe, also identified as ID #126511039 with IP address
4
5  207.62.147.183 2007-04-23 15:31:14 EDT, each party to bear its/his own fees and costs.  The Clerk
6  of Court is respectfully requested to close this case.

7  Dated:  February 6, 2008                                            HOLME ROBERTS & OWEN LLP

9                                                                                  By:  _____/s/ Matthew Franklin Jaksa____
10                                                                                          MATTHEW FRANKLIN JAKSA
                                                                                             Attorney for Plaintiffs

16  IT IS SO ORDERED.   2/7/08

19  Judge Jeremy Fogel, US District Court

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:07-cv-04875-JF
#35408 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

     I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

     On February 6, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

     **Christine Pixley**
     **41355 Almond Avenue**
     **Palmdale, CA 93551**

     ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on February 6, 2008 at San Francisco, California.

*/s/ Della Grant*
          Della Grant